NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J. WICKRAMARATNA, aka Jac Wright, TEXEL ENGINEERING LTD., aka T Ltd.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2022-1786

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02342-MHS, Judge Matthew H. Solomson.

---

## O R D E R

The appellants having failed to file the brief required by Federal Circuit Rule 31 (a) within the time permitted by the rules,

IT IS ORDERED THAT:

(1) The notice of appeal be, and the same hereby is, dismissed, for failure to prosecute in accordance with the rules.

2                                              WICKRAMARATNA V. US


(2) The pending motions are denied as moot.



                                    FOR THE COURT

July 18, 2022
      Date                          /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** July 18, 2022